

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SERGEI CHEPILKO,

          Plaintiff,

-against-

CITY OF NEW YORK, et al.,

          Defendants.

------------------------------------------------------------------ X

06-CV-5491 (ARR) (LB)

<u>NOT FOR
PRINT OR ELECTRONIC
PUBLICATION</u>

<u>ORDER</u>

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated September 7, 2010 from the Honorable Louis Bloom, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. <u>See</u> Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Edwards v. Town of Huntington</u>, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); <u>McKoy v. Henderson</u>, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Therefore, plaintiff's motion to amend the complaint is denied. The parties shall complete all remaining discovery in this case by October 15, 2010. If defendants intend to move for summary judgment, counsel shall write a letter requesting a pre-motion conference by October 29, 2010.

SO ORDERED.

/S/
_____
Allyne R. Ross
United States District Judge

Dated: September 27, 2010
       Brooklyn, New York

SERVICE LIST:

       <u>Pro Se Plaintiff</u>
       Sergei Chepilko
       501 Surf Avenue
       Apt. 13-A
       Brooklyn, NY 11224

       <u>Defendant's Attorney</u>
       Matthew Modafferi
       New York City Law Department
       100 Church Street
       New York, NY 10007

cc:    Magistrate Judge Louis Bloom